USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AUGUST IMAGE, LLC, Plaintiff, | | 1:26-cv-5402-GHW |
| -against- | | ORDER |
| ENGROST INC., Defendant. | | |

GREGORY H. WOODS, United States District Judge:

In the Court's order dated July 3, 2026, Dkt. No. 11, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 24, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's July 3, 2026 order forthwith and in any event no later than 12:00 p.m. on September 30, 2026.

SO ORDERED.

Dated: September 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge