USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMORANDUM ENDORSED**

AUGUST IMAGE, LLC,

Plaintiff,

v.

ENGROST, INC.

Defendant.

Case No. 1:26-cv-05402-GHW

**STIPULATED MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE SET FOR FRIDAY, OCTOBER 16,2026**

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel, respectfully move the Court for an Order adjourning the Initial Pretrial Conference currently scheduled for Friday, October 16, 2026 at 2:30 p.m.

In support of this motion, the parties state as follows.

1. The Initial Pretrial Conference was originally scheduled for Thursday, October 1, 2026 at 3:00 p.m.

2. Defendant's counsel did not appear at the Thursday, October 1, 2026, conference because counsel was not aware that the conference had been scheduled. Following Defendant's submission to the Court explaining the circumstances, the Court rescheduled the Initial Pretrial Conference for October 16, 2026.

3. Defendant's counsel is unable to appear on October 16, 2026, due to a previously scheduled personal commitment that cannot be rescheduled.

4. Counsel for Plaintiff has been consulted regarding this request and consents to the adjournment.

5. The requested adjournment is sought in good faith, is not sought for purposes of delay,

and will not prejudice any party.

WHEREFORE, the parties respectfully request that the Court adjourn the Initial Pretrial Conference scheduled for October 16, 2026 to a date convenient for the Court and grant such other and further relief as the Court deems just and proper.

Dated October 13, 2026
New York, New York

Respectfully submitted,

**LAW OFFICE OF R. TERRY PARKER**

By: /s/ *Robert Terry Parker*
Robert Terry Parker
43 W 43rd Street, Suite 275
New York, New York 10036
Tel.: (212) 859-5068
Email: terry@rterryparkerlaw.com

*Attorneys for Plaintiff August Image, LLC.*

**GREENSPOON MARDER LLP**

By: Joe MacLellan
Joseph D. MacLellan
1345 Avenue of the Americas, Suite 2200
New York, New York 10105
Tel.: (212) 524-5000
Email: Joseph.MacLellan@gmlaw.com
Melissa.Fernandez@gmlaw.com

*Attorneys for Defendant Engrost, Inc.*

The initial pretrial conference scheduled for October 16, 2026 is adjourned to October 20, 2026 at 2:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.

SO ORDERED.

Dated: October 14, 2026
New York, New York

GREGORY H. WOODS
United States District Judge